| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Jackson, Niles L. | 2. Court or Organization Western District of Oklahoma | 3. Date of Report 04/01/2013 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

215 Dean A. McGee Avenue,
Suite 228
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | "Healthchoice" Dental Insurance Plan - premiums paid monthly. "Healthchoice" Vision Insurance Plan - premiums paid monthly |
| 2. 2012 | State Judicial Retirement Program |
| 3. 2012 | State Deferred Compensation Investment Plan; no on-going contributions |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | State of Oklahoma (retirement income) | $75,553.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 4/16/12 to 4/20/12 | Miami Beach, FL | mid-year meeting | transportation, hotel & meals for filer only |
| 2. | National Conference of Bankruptcy Judges | 10/24/12 to 10/27/12 | San Diego, CA | annual meeting | transportation, hotel & meals for filer only |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JEFFERSON PILOT LIFE INSURANCE (cash surrender value) | A | Dividend | J | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. - Fideilty Adv Growth - Oppor Fund Class A (IRA) (FAGOX) | A | Dividend | J | T | | | | | |
| 4. - Charles Schwabe Co. Cash Account | A | Interest | J | T | | | | | |
| 5. - Americas FD Europacific Growth Fund Class A (AEPGX) | A | Dividend | K | T | | | | | |
| 6. - Federated Total Return Bond (FTRFX) | A | Dividend | K | T | | | | | |
| 7. - Invesco Conv. Securities (CNSAX) | A | Dividend | K | T | | | | | |
| 8. - Invesco American (VAFAX) | A | Dividend | K | T | | | | | |
| 9. - Dodge & Cox Stock Fund (DODGX) | A | Dividend | J | T | | | | | |
| 10. - Pimco Total Return Fund CL D (PTTDX) | A | Dividend | K | T | | | | | |
| 11. - Schwabe Small Cap Index Fund (SWSSX) | A | Dividend | K | T | | | | | |
| 12. - Oakmark Global Fund CL I (OAKGX) | A | Dividend | J | T | | | | | |
| 13. - Vanguard 500 Index Fund Investor Share (VFINX) | A | Dividend | L | T | | | | | |
| 14. - Vanguard Dividend Growth (VDIGX) | A | Dividend | K | T | | | | | |
| 15. - Vanguard Inter. Term Bond Index (VBIIX) | A | Dividend | L | T | | | | | |
| 16. - Vanguard Mid Cap Index (VIMSX) | A | Dividend | J | T | | | | | |
| 17. - Baron Small Cap Fund (BSCFX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Harbor Intern. Fund (HIINX) | A | Dividend | J | T | | | | | |
| 19. - Schw US Lcap Gro ETF (SCHG) | A | Dividend | K | T | | | | | |
| 20. - Pimco Foreign Bond (PFBDX) | A | Dividend | J | T | | | | | |
| 21. - American FD EuroPacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 22. - T. Rowe Price Emerging Markets Stock | A | Dividend | J | T | | | | | |
| 23. - T. Rowe Price Balanced Fund | A | Dividend | K | T | | | | | |
| 24. - T. Rowe Price Spectrum Income | A | Dividend | K | T | | | | | |
| 25. - T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 26. - Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 27. - Black Rock S&P 500 Stock Fund | A | Dividend | J | T | | | | | |
| 28. - American Century Vista - Adv fka Invesco Tech | A | Dividend | J | T | | | | | |
| 29. - Clearbridge Equity Income (IRA) (SOPAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Reportable assets of Trust #1 are listed in Part VII.

Part VII.

SB Money Funds Cash Port CLA had a name change to Charles Schwab Co. Cash Accout and was absorbed into that account (lines 5 & 10 of 2011 report) - reported on line 4 of 2012 report

Van Kampen Harbor Fund Class A (line 6 of 2011 report) reported as "sold" in 2011 report but it was only a partial sale - dates and amounts listed are correct

Van Kampen Harbor Fund Class A  (line 6 of 2011 report) had a name change to Invesco Conv. Securities

Van Kampen Capital Growth Fund Fund Class A (line 7 of 2011 report) had name change to Invesco American

Pimco Total Return Fund (lines 11 & 24 of 2011) should have only been reported on line 11

Oakmark Global Fund CL 1 (line 13 in 2011 report) was reported as "sold" and should have been reported as only a partial sale.  Additionally, it was reported again on line 22 of the 2011 report but should have only been reported on line 13

Clearbridge Equity Income, formerly known as Legg Mason Cap & Inc Fund, was inadvertently left out in prior years' report by mistake (Line 29 of 2012 report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Niles L. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544